RECEIVED

JAN - 6 2017

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| EVEA D. STACY, ET AL. | MISC. CASE NO. 16-mc-99 |
| VERSUS | JUDGE DOHERTY |
| TAKEDA PHARMACEUTICAL COMPANY LIMITED, ET AL | MAGISTRATE JUDGE HANNA |

## JUDGMENT ADOPTING REPORT AND RECOMMENDATION

Considering the foregoing Report and Recommendation,

IT IS HEREBY ORDERED that the Motion to Approve Settlement of Evea D. Stacy, as Administrator and Derivative Claimant; and Daniel R. Stacy and Christopher E. Stacy, as Derivative Claimants, for the estate of Walter Eugene Stacy, is hereby GRANTED pursuant to the Report and Recommendation of Magistrate Judge Hanna, which is hereby adopted.

THUS DONE AND SIGNED in Lafayette, Louisiana, this ___6___ day of January, 2017.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE